**Order entered January 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-01031-CR
No. 05-19-01032-CR
No. 05-19-01033-CR

**VICTOR CARL TERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-80282-2019, 380-82927-2018 & 380-82928-2018**

**ORDER**

Before the Court is appellant's December 29, 2020 motion for pro se access to the record on appeal. In the motion, appellant states he wants the record to file a pro se response to the *Anders* brief.

On March 24, 2020, we sent appellant a letter informing him that his appointed counsel had filed an *Anders* brief. The letter instructed appellant to file any motion for pro se access to the appellate record by April 15, 2020. We

specifically noted that if we did not receive a motion for pro se access to the record by that date, the appeals would be submitted on the *Anders* brief filed by counsel. Appellant did not respond. The appeals were submitted on November 4, 2020, and an opinion issued on December 2, 2020.

In light of this, we **DENY** appellant's motion as untimely.

/s/    LESLIE OSBORNE
        JUSTICE